Genaro Napolionello, Respondent, v. Parkell Realty Co., Inc., et al., Appellants, and F. C. R. Contracting Corporation, Respondent.—

The record contains no such order and no such judgment. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.

Billy Nichols, Individually and as Executrix of the Will of Aaron S. Nichols, Deceased, Appellant, v. Ryan Sadwith et al., Respondents, et al., Defendants.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.

Margaret D. Oneto, as Administratrix of the Estate of Louis Oneto, Deceased, Appellant, and Fred Santino et al., Respondents, v. Consolidated Motor Lines, Inc., et al., Appellants and Respondents.—

No opinion. Present — Hagarty, Carswell, Johnston, Adel and Taylor, JJ.